UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BED BATH & BEYOND INC. ZIP CODE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Master Docket No. 13-10639-IT |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE Plaintiffs Melissa Tyler and Kelley Whiting and Defendant Bed Bath & Beyond Inc., by and through their attorneys, hereby stipulate to the voluntary dismissal of *Tyler v. Bed Bath & Beyond, Inc.*, 13-10639 and *Whiting v. Bed Bath & Beyond, Inc.*, No: 13-10714, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation of dismissal has been signed by all parties who have appeared.

Dated: August 14, 2014

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

/s/ Todd Garber
Todd S. Garber
D. Greg Blankinship
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5000
Fax: (914) 517-5055
tgarber@fbfglaw.com
gblankinship@fbfglaw.com

**LOWEY DANNENBERG COHEN & HART, P.C.**
/s/ Thomas M. Skelton
Thomas M. Skelton
(admitted *Pro Hac Vice*)
Scott V. Papp
(admitted *Pro Hac Vice*)

**MORRISON & FOERSTER LLP**

/s/ Purvi G. Patel
David F. McDowell (CA BAR NO. 125806)
(Admitted *Pro Hac Vice*)
Purvi G. Patel (CA Bar No. 270702)
(Admitted *Pro Hac Vice*)
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
DMcDowell@mofo.com
PPatel@mofo.com

**POSTERNAK BLANKSTEIN & LUND LLP**
Dustin F. Hecker, BBO # 549171
The Prudential Tower
800 Boylston Street, 33rd Floor

1

One North Broadway, 5th Floor
White Plains, NY 10601-2310
Tel.:    914-997-0500
Fax:    914-997-0035
tskelton@lowey.com
spapp@lowey.com

*Attorneys for Plaintiffs*
*Melissa Tyler and Kelly Whiting*

Boston, MA  02199
Telephone: 617.973.6100
Facsimile:  617.722.7927
dhecker@pbl.com

*Attorneys for Defendant*
*Bed Bath & Beyond Inc.*

## **CERTIFICATE OF SERVICE**

I, Scott V. Papp, do hereby certify that on this 14th day of August, 2014, a true copy of the foregoing document was served upon all counsel of record via the CM/ECF system.

/s/ *Scott V. Papp*